UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTOPHER RODRIGUEZ,

                Petitioner,

    -against-

ROBERT E. ERCOLE, Superintendent,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
07-CV-0671 (NGG)

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ SEP - 8 2008 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on September 5, 2008, denying the petition for a writ of habeas corpus; ordering that no Certificate of Appealability shall issue; and pursuant to 28 U.S.C. § 1915(a), *in forma pauperis* status is denied for the purpose of any appeal; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; that no Certificate of Appealability shall issue; and that pursuant to 28 U.S.C. § 1915(a), *in forma pauperis* status is denied for the purpose of any appeal.

Dated: Brooklyn, New York
        September 05, 2008

Robert C. Heinemann
Clerk of Court

By:   s/Terry Vaughn
       Terry Vaughn
       Chief Deputy of
       Court Operations